UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JEREMIAH MAYNARD,

                Petitioner,        07 Civ. 10480 (WHP)

      -against-              ORDER REFERRING CASE
                              TO MAGISTRATE JUDGE
SUPERINTENDENT
WILLIAM D. BROWN
*Warden, Eastern New York*
*Correctional Facility*,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __X__ | Habeas Corpus |
| ____ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ All such motions: ____ |

===========================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: December 10, 2007
       New York, New York

                                              UNITED STATES DISTRICT JUDGE
                                              WILLIAM H. PAULEY III

*Copies mailed to:*

Norman P. Bock, Esq.
Leibowitz & Bock
225 Broadway, 41st Floor
New York, NY 10007
*Counsel for Petitioner*

Hon. Frank Maas