UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
JEREMIAH MAYNARD,
                                                            :
             Petitioner,                      **ORDER**
                                                            :
    -v.-                                             07 Civ. 10480 (WHP)(FM)
                                                            :
SUPERINTENDENT WILLIAM D. BROWN,             :
                                                            
             Respondent.                      :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

**FRANK MAAS,** United States Magistrate Judge.

      JEREMIAH MAYNARD has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I have considered the petition preliminarily and direct that:

(1)     respondent file an answer or other pleading on or before April 18, 2008;

(2)     should respondent determine to serve an answer to the petition, the answer shall include transcripts of all relevant proceedings, the briefs submitted on appeal, the record in any state post-conviction proceedings, and such other information as may be necessary for this Court to ascertain whether petitioner has exhausted his state remedies;

(3)     petitioner shall have thirty (30) days from the date on which he is served with respondent's answer to file a response, and the petition will be considered fully submitted as of that date; and

(4)     should respondent determine to move with respect to the petition:

      (a)     the motion shall be served and filed on or before April 18, 2008.

      (b)     petitioner shall have thirty (30) days to serve and file any response to the motion; and

      (c)     should petitioner fail to serve and file any response to the motion, or fail to seek an extension of the time in which to do so, the Court shall consider respondents' motion to be unopposed.

-2-

     The Clerk of the Court is directed to serve a copy of this Order, the underlying petition, and any documents filed in support of the underlying petition by Certified Mail, Return Receipt Requested, on counsel for respondent, Robert T. Johnson, District Attorney for Bronx County.

     SO ORDERED.

Dated: New York, New York
       January 15, 2008

                              FRANK MAAS
                              United States Magistrate Judge

Copies to:

Honorable William H. Pauley
United States District Judge

Norman P. Bock
Leibowitz & Bock
225 Broadway, 41st Floor
New York, New York 10007

District Attorney's Office
Bronx County
198 East 161st Street
Bronx, New York 10451

J. Michael McMahon
Clerk of the Court