

**MEMO ENDORSED**

OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2140
Fax 590-6523

April 1, 2008

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

**APPLICATION GRANTED
SO ORDERED**

*/s/ Frank Maas*
Frank Maas, USMJ  4/4/08

Re: <u>Jeremiah Maynard v. Brown</u>
07 Civ. 10480 (WHP) (FM)

Dear Magistrate Judge Maas:

    I represent respondent in the above-captioned petition for a writ of <u>habeas corpus</u>, which has a response date of April 18, 2008. I am, however, writing to request a two-month extension to file a response.

    I am currently working on a direct appeal to the Appellate Division, First Department, <u>People v. Tyrone Minton</u>. In addition to my own cases, I am also responsible for editing other Assistant District Attorneys on various state motions.

    Since being assigned this case, I have filed a response to another federal <u>habeas corpus</u> petition, <u>Paul Watkins v. Ercole</u> (06 Civ. 15222 [PAC] [GWG]) before the Honorable Gabriel W. Gorenstein and have also edited other Assistant District Attorneys on various motions.

    Based on the above, I respectfully request an adjournment of sixty days, until June 18, 2008, to file a response.

   This is my first request for an extension. I have left messages for petitioner's attorney, Norman P. Bock, Esq., regarding this extension request but have not heard from him yet.[1]

   If you have any questions or concerns, please contact me at (718) 590-2140. Thank you for your consideration.

Respectfully,

*[signature]*

**RITHER ALABRE**
Assistant District Attorney
Appeals Bureau

cc: Norman P. Bock, Esq.
   Leibowitz & Bock
   225 Broadway, 41st Floor
   New York, New York 10007

---

[1] Upon discovering that petitioner's petition was not accompanied with a memorandum of law, I called his attorney, Mr. Bock, and had numerous conversations with him regarding whether he will file a memorandum of law. Mr. Bock has yet to inform me of his decision. If Mr. Bock chooses to file a memorandum, I respectfully reserve the right to amend this extension request and request additional time to respond.