USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

**MEMO ENDORSED**

## LEIBOWITZ & BOCK
ATTORNEYS AT LAW
225 BROADWAY
41ˢᵗ FLOOR
NEW YORK, N.Y. 10007

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ 7/1/08

SAMUEL LEIBOWITZ
NORMAN P. BOCK

AARON C. BOCK
OF COUNSEL

TELEPHONE (212) 587-3001 or (917) 250-4542
FACSIMILE  (212) 732-8167 or (212) 587-8699
nbock@nyc-rr.com

July 11, 2008

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

RECEIVED
JUL 1  2008
FRANK MAAS
U.S. MAGISTRATE JUDGE

RE:    Jeremiah Maynard v. Brown
       07 Civ. 10480 (WHP) (FM)

Dear Magistrate Judge Maas:

I am the attorney for the petitioner in the above-captioned writ of habeas corpus. I am writing to request a three week extension, to August 7, 2008, to file a response to respondent's answer.

Pursuant to the Court's original scheduling order, respondent was to file an answer by April 18, 2008, and petitioner was to file a response within one month of being served with respondent's answer. Respondent requested and received a 60 day extension, whereby they had until June 18, 2008 to file their answer. Petitioner was served with respondent's answer on June 17, 2008.

I am a member of a small two-person firm with minimal support staff, and at the time I was served with respondent's answer, there were a number of other pressing matters which commanded my attention. In addition, I have been caring for my spouse who recently underwent in-patient surgery. Based on the foregoing, I am respectfully requesting an extension to file a response until August 7, 2008. This is my first request for an extension. (Mr. Maynard's petition was not accompanied by a memorandum of law.)

I have conferred with the attorney for the respondent, Assistant District Attorney Rither Alabre, and he informs me that he is not opposed to this application.

If you have any further questions or concerns regarding this application, I may be contacted at (917) 250-4542. Thank you for you consideration.

Respectfully,

NORMAN P. BOCK
Attorney for the Petitioner


cc:    ROBERT T. JOHNSON
       District Attorney Bronx County
       198 East 161st Street
       Bronx, New York 10451
       Attn: ADA Rither Alabre
       (718) 590-2140

       Jeremiah Maynard
       03 A 4388
       Eastern Correctional Facility Box 338
       Napanoch, New York 12458-0338